IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA RANSOM,<br><br>                Plaintiff,<br><br>    v.<br><br>STERICYCLE, INC.,<br><br>                Defendant. | CIVIL ACTION NO. 2:21-cv-00191<br><br>JUDGE W. SCOTT HARDY |

### JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice. The Parties agree to bear their own costs. The Court retains jurisdiction to enforce the settlement agreement, if necessary.

Respectfully submitted,

| | |
|---|---|
| */s/ Alan C. Blanco*<br>Alan C. Blanco<br>Rothman Gordon, P.C.<br>310 Grant Street<br>3rd Floor, Grant Building<br>Pittsburgh, PA 15219<br>(412) 338-1100<br>acblanco@rothmangordon.com<br><br>*Attorney for Plaintiff Sheila Ransom* | */s/Adam R. Roseman*<br>Adam R. Roseman<br>James N. Boudreau<br>Osazenoriuwa Ebose<br>Greenberg Traurig<br>1717 Arch Street, Suite 400<br>Philadelphia, PA 19103<br>rosemana@gtlaw.com<br>boudreauj@gtlaw.com<br>eboseo@gtlaw.com<br><br>*Attorneys for Defendant Stericycle, Inc.* |